Susan St. Vincent
Legal Officer
Matthew McNease
Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Docket 6:11-mj-00014-MJS |
| Plaintiff, | DISMISSAL; AND ORDER THEREON |
| v. | |
| CASSANDRA PADGETT, | |
| Defendant. | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice of Citation 1851849 (under the influence of alcohol to a degree you may be a danger to yourself or others), Citation 1846601 (interfering with agency functions), and Citation 1846604 (disorderly conduct). The Defendant has completed the terms of a Deferred Prosecution.

Dated: January 16, 2013 .

/s/ Matthew McNease
Matthew McNease
Acting Legal Officer
Yosemite National Park

**ORDER**

IT IS SO ORDERED.

Dated: January 19, 2013    /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

1